IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAVON D. BROWN, | ) | Civil Action No. 7:12-cv-00288 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MOBASHAR, *et al.*, | ) | By:  Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

as follows:

(**1**) That Schilling's motion for summary judgment (Docket No. 25) is **GRANTED**;

(**2**) That Brown's motion for a preliminary injunction (Docket No. 20) is **DENIED;**

(**3**) That Dr. Mobashar's motion to dismiss (Docket No. 22) is **DENIED** and Dr. Mobashar is **DIRECTED** to file an Answer by **no later than 21 days from the entry of this order.**

(**4**) That pursuant to Standing Order No. 2011-18, Dr. Mobashar is **FURTHER DIRECTED** to file a motion for summary judgment by **no later than 21 days from the entry of this order.**

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**:  This 31st day of May, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE